# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

MARRA S. STEININGER,
    Plaintiff,
v.
CAROLYN W. COLVIN, Acting Commissioner of Social Security,
    Defendant.

) Case No. SACV 12-01968 (SH)
)
) JUDGMENT
)
)
)
)
)

IT IS ADJUDGED that the decision of the Commissioner is affirmed and that the Complaint is dismissed.

DATED: May 30, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE